UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBY OLSEN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>NEW YORK COMMUNITY BANCORP INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 2:04-cv-04165-DRH-JO<br><br><u>CLASS ACTION</u> |
| MORDEKAI SHAPIRO, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>NEW YORK COMMUNITY BANCORP INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 2:04-cv-04282-DRH-JO<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

| | |
|---|---|
| ZACHARY ALAN STARR, On Behalf of Himself and All Others Similarly Situated, | Civil Action No. 2:04-cv-04375-DRH-JO |
| Plaintiff, | CLASS ACTION |
| vs. | |
| NEW YORK COMMUNITY BANCORP INC., et al., | |
| Defendants. | |
| ELI BOTKNECHT, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 2:04-cv-04490-DRH-JO |
| Plaintiff, | CLASS ACTION |
| vs. | |
| NEW YORK COMMUNITY BANCORP, INC., et al., | |
| Defendants. | |
| RAMIN SARRAF, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 2:04-cv-04577-DRH-JO |
| Plaintiff, | CLASS ACTION |
| vs. | |
| NEW YORK COMMUNITY BANCORP INC., et al., | |
| Defendants. | |

[Caption continued on following page.]

|  |  |
|---|---|
| HARLIN BROWN, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>NEW YORK COMMUNITY BANCORP, INC., et al.,<br><br>      Defendants. | Civil Action No. 1:04-cv-04845-SJF-WDW<br><br><u>CLASS ACTION</u> |

PLEASE TAKE NOTICE that class members Philip A. & Joyce Stewart and International Brotherhood of Electrical Workers Local 98 (the "Stewart Group") hereby move this Court for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing the Stewart Group as Lead Plaintiff; (iii) approving the Stewart Group's selection of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, the Stewart Group submits herewith a Memorandum of Law and Declaration of Mario Alba Jr. dated November 23, 2004.

DATED:  November 23, 2004

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)


/s/ Mario Alba Jr.
MARIO ALBA, JR.

200 Broadhollow Road, Suite 406
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

I:\New York Community\LP Motion\LP Motion.doc