UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: NEW YORK COMMUNITY BANCORP, INC. SECURITIES LITIGATION, | Case No. 04-CV-4165 (DRH)(JO) |

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this consolidated action as follows:

Lead Plaintiffs' time to file and serve a consolidated amended complaint is extended to and including September 23, 2005;

Defendants' shall serve an answer or move to dismiss the consolidated amended complaint on or before November 7, 2005;

Plaintiffs' shall serve opposition papers to the motion to dismiss the consolidated amended complaint, if any, on or before December 19, 2005; and

Defendants' shall serve reply papers on or before January 20, 2006.

Dated: New York, New York
August 24, 2005

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By: _____
Arvind Khurana (AK 3643)
One Pennsylvania Plaza
New York, NY 10119-1065
Telephone (212) 594-5300
Fax: (212) 868-1229

**Lead Counsel for Lead Plaintiffs and the Class**

DOCS\304527v1

SULLIVAN & CROMWELL LLP

By: _____
    Brian Frawley (BF9722)
    Michael H. Rosner (MR1034)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588

**Counsel for Defendants**

**SO ORDERED.**

Central Islip, N.Y.


_____
Denis R. Hurley,
United States District Judge