01/31/2008 12:27 FAX 212 558 3337      S&C LLP 125 BD 27FL                    ☒003/003

EDNY/CINY
04-cv-4165
Judge Spatt

# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

*UNITED STATES COURT OF APPEALS FILED FEB 4 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT*

---

Al Tawil and Estate of Farah Mahlab,

        Plaintiffs-Appellants

    v.

New York Community Bancorp, Inc., Joseph R. Ficalora, Michael P. Puorro, Donald M. Blake, Anthony E. Burke, Thomas R. Cangemi, Dominick Ciampa, Robert S. Farrell, William C. Frederick, Max L. Kupferberg, Joseph L. Mancino, Michael F. Manzulli, Howard C. Miller, James J. O'Donovan, John A. Pileski, and Robert Wann,

        Defendants-Appellees.

Docket No.  06-4845-cv

*FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.*

★ FEB 1 4 2008 ★

LONG ISLAND OFFICE

---

## STIPULATION OF WITHDRAWAL OF APPEAL

The undersigned hereby stipulate and agree that this appeal is hereby withdrawn in its entirety and for all purposes without costs and without attorney's fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Dated: January 29, 2008

STULL, STULL & BRODY

By: _____
Howard T. Longman

6 East 45th Street
New York, New York 10017
(212) 687-7230

Gary S. Graifman, Esq.
Kantrowitz, Goldhamer & Graifman
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, New York 10977
(845) 356-2570

Counsel for Plaintiffs-Appellants

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

_____
DEPUTY CLERK

SULLIVAN & CROMWELL LLP

By: _____
Brian T. Frawley

125 Broad Street
New York, NY 10004
(212) 558-4000

Counsel for Defendants

*So ordered:*

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Vidya Kurella, Associate Staff Counsel

Certified: 2/5/08